IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                      14-CR-30062-DRH-DGW

DONNIE DONTEZ RUSSELL,

        Defendant.

**Preliminary Order for Forfeiture Pursuant to Fed.R.Crim.P. 32.2 with Respect to Certain Firearms and Ammunition of Donnie Dontez Russell**

In the Indictment filed in the above cause on March 19, 2014, the United States sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of property possessed by defendant Donnie Dontez Russell upon conviction for the offenses charged in Counts 1 and 2 of the Indictment. On July 11, 2014, defendant Russell pleaded guilty to Counts 1 and 2 of the Indictment before Magistrate Judge Donald G. Wilkerson, and Magistrate Judge Wilkerson entered a Report and Recommendation that the guilty plea be accepted by this Court. Doc. 38. The guilty plea was pursuant to a Plea Agreement entered into with the United States in which the defendant agreed to the forfeiture of additional firearms and ammunition not named in the Indictment. Doc. 34. Upon consideration of the guilty plea in this matter and the Plea Agreement, the Court hereby finds that the following property is forfeitable and hereby orders the following property forfeited:

    a. One Glock, model 30, .45 caliber semi-automatic pistol, bearing serial number TZV194, with a 27-round magazine, and 100 rounds of .45 caliber ammunition;

 b. One Sig Sauer, P556, 5.56 caliber semi-automatic pistol, bearing serial number 44A003357, with a high-capacity magazine; and all ammunition contained within the firearm or seized with the firearm;

 c. Ten (10) rounds of 5.56 caliber ammunition;

 d. One 9mm caliber magazine;

 e. Forty-five (45) rounds of 9mm ammunition;

 f. Six (6) rounds of .38 special caliber ammunition;

 g. Fourteen (14) rounds of assorted ammunition; and

 h. One Amadeo Rossi S/A, .38 special caliber revolver, bearing serial number D273040.

 The United States shall provide notice of the forfeiture and the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court.  The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

 The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

The United States shall, also to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order for Forfeiture, as a substitute for the published notice to those persons so notified.

Upon the filing a petition alleging the third-party interests in the property, the court may amend this order to resolve the claimed third-party interests.

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall seize and reduce to his possession, if he has not already done so, the above-described property.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to defendant Donnie Dontez Russell at the time of the defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of the sentence of defendant Donnie Dontez Russell and shall be included in the Judgment imposed against the defendant. Although this Order shall be a final order with respect to the defendant at the time of sentencing, this Order may be amended later with respect to petitions filed by third-parties claiming an interest in the subject-matter forfeited property.

**DATE: October 21, 2014**

Digitally signed by
David R. Herndon
Date: 2014.10.21
15:31:07 -05'00'

**United States District Court**