**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

**United States of America,**

     **Plaintiff,**                        **14CR30062-001-DRH**

     **v.**

 **Donnie Russell**

     **Defendant,**

## ORDER

THIS CAUSE came on for consideration upon the government's motion pursuant to 18 U.S.C.§§ 3613(a) and 3664(n) Doc172 requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for the above-mentioned defendant as payment for the criminal monetary fine imposed in this case.   As set forth in the government's motion, the Bureau of Prisons maintains in its possession, custody, or control $500.00 in unencumbered funds belonging to the defendant that are currently in the defendant's trust account.   At this time, there is no reason to conclude that the Bureau of Prisons has done anything with said funds and for the reasons stated in the motion, the Court concludes that cause exists to grant the motion, and, therefore, it is hereby

ORDERED that the Motion of United States of America to Authorize Payment from Inmate Trust Account GRANTED; and it is further

ORDERED that the Bureau of Prisons is authorized to turnover to the Clerk of Court, and the Clerk of Court shall accept fund currently held in the trust account for the following inmate:

Donnie Russell
Reg. No. 09787-025
FCI PEKIN
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
PEKIN, IL    61555


      The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case.

      Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.    The Plaintiff is to provide a copy of this Order to the Garnishee.

      **IT IS SO ORDERED**.

Judge Herndon
2018.10.30
16:12:30 -05'00'

**Untied States District Judge**